PHILLIPS & ASSOCIATES

*Attorneys at Law*
45 Broadway, Suite 620
New York, New York 10006
(212) 248-7431 (telephone)
(212) 901- 2107 (facsimile)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 7 2019

December 16, 2019

**VIA ECF**
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 11A
New York, NY 10007-1312

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: DEC 1 7 2019

> Re:  **Rebecca Angulo v. 36th Street Hospitality LLC et al.**
> **Case No.: 1:19-cv-05075-GBD**

Dear Judge Daniels:

We represent the Plaintiff in the above-referenced case. We respectfully write to request a 30-day extension of Plaintiff's current deadline of December 20, 2019 for Plaintiff to file her Motion for Default Judgment as against the remaining Defendants in this action.

Plaintiff makes this request because she is still in the process of receiving medical documentation from her medical providers relating to her claims for damages. Plaintiff's request is not prejudicial to Defendants because they have not appeared in this action to date. This is Plaintiff's second request for an extension of time to file her Motion for Default Judgment in this matter.

We thank Your Honor again for Your attention to this matter.

Respectfully Submitted,

 /s/Silvia C. Stanciu, Esq.
**PHILLIPS & ASSOCIATES, PLLC**
*Attorneys for Plaintiff*
45 Broadway, Suite 620
New York, New York 10006
(212) 248-7431