**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 Broadway, Suite 620
New York, New York 10006
(212) 248-7431 (telephone)
(212) 901-2107 (facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 07 2020

January 7, 2020

**SO ORDERED**

The initial conference is adjourned from January 8, 2020 to February 12, 2020 at 9:30 a.m.

*[signature]*
HON. GEORGE B. DANIELS

JAN 07 2020

**VIA ECF**
Honorable George B. Daniels
United States Magistrate Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **Rebecca Angulo v. 36th Street Hospitality LLC et al.**
      **Case No.: 1:19-cv-05075-GBD**

Dear Judge Daniels:

We represent the Plaintiff in the above-referenced case. We respectfully write to request an additional adjournment of the parties' Initial Conference, which is presently scheduled for January 8, 2019.

Plaintiff is seeking an adjournment of the parties' Initial Conference because Defendants have failed to appear in this action, and Plaintiff must file her Motion for Default by January 21, 2020. Therefore, in an effort to preserve judicial time and resources, we are seeking permission to adjourn the Initial Conference to a date *after* Plaintiff serves her motion and/or Defendants appear in this action. This is Plaintiff's second request for an adjournment in this matter, because she previously requested, and received, an extension to serve her motion.

We thank Your Honor for Your attention to this matter.

Respectfully Submitted,

/s/Silvia C. Stanciu, Esq.
**PHILLIPS & ASSOCIATES, PLLC**
*Attorneys for Plaintiff*
45 Broadway, Suite 620
New York, New York 10006
(212) 248-7431