UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

REBECCA ANGULO,

                         Plaintiff,

      -against-

36TH STREET HOSPITALITY LLC, *individually d/b/a Taj II*, and 36TH STREET HOSPITALITY LLC, *individually d/b/a Suite36*,

                         Defendants.

------------------------------------x

ORDER

19 Civ. 5075 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 5 2020

GEORGE B. DANIELS, United States District Judge:

This action having been commenced by the filing of a Complaint on May 30, 2019 and the filing of a Summons on May 31, 2019, and a copy of the Complaint and Summons having been served on Defendants on June 12, 2019 through Sue Zouky, a clerk in the office of the Secretary of State of New York, and proof of service having been filed on June 28, 2019, and Defendants having failed to answer, appear, or otherwise move with respect to the Complaint, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiff have judgment against Defendants.

This matter is referred to Magistrate Judge Sarah L. Cave for an inquest on damages.

Dated: New York, New York
       February 5, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge