UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REBECCA ANGULO,

               Plaintiff,

against

36TH STREET HOSPITALITY LLC, individually and d/b/a TAJ II, and 36TH STREET HOSPITALITY LLC, individually and d/b/a SUITE36,

               Defendant(s).

CIVIL ACTION NO.: 19 Civ. 05075 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This matter having been referred to the undersigned to conduct an inquest and to report and recommend concerning plaintiff's damages and attorney's fee (ECF No. 45), it is hereby ORDERED that:

1. Plaintiff shall submit proposed findings of fact and conclusions of law concerning damages no later than **Thursday, March 5, 2020**. All factual assertions made by plaintiff are to be supported by either affidavit or other material of evidentiary weight.

2. Defendants shall submit their response to plaintiff's submissions, if any, no later than **Thursday, March 19, 2020**. <u>IF DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S SUBMISSIONS OR (2) FAILS TO CONTACT MY CHAMBERS BY THURSDAY, MARCH 19, 2020 AND REQUEST AN IN-COURT HEARING, IT IS MY INTENTION TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES ON THE BASIS OF</u>

1

PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment'" (quoting Fustok v. ContiCommodity Servs. Inc., 873 F.2d 38, 40 (2d Cir. 1989))).

Dated: New York, New York
February 6, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**