

*Attorneys at Law*
45 Broadway, Suite 620
New York, New York 10006
(212) 248-7431 (telephone)
(212) 901- 2107 (facsimile)

March 2, 2020

<u>VIA ECF</u>
Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 18A
New York, NY 10007-1312

Re: Rebecca Angulo v. 36th Street Hospitality LLC et al.
Case No.: 1:19-cv-05075-GBD

Dear Judge Cave:

We represent the Plaintiff in the above-referenced case. We respectfully write to request an extension to March 26, 2020 for Plaintiff to file her Proposed Findings of Fact and Conclusions of Law concerning damages (Dckt. 47).

We make this request because we are still in the process of receiving documents in support of Plaintiff's damages. Additionally, we intend to request permission to file certain sensitive documents under seal, pursuant to Your Honor's Individual Rules and the Southern District's Local Rules. Plaintiff's original deadline for her submissions was March 5, 2020. Plaintiff's request is not prejudicial to Defendants because they have not appeared in this action to date. This is Plaintiff's first request for an extension of time to file her Proposed Findings of Fact and Conclusions of Law in this matter.

We thank Your Honor for Your attention to this matter.

Respectfully Submitted,

/s/Silvia C. Stanciu, Esq.
**PHILLIPS & ASSOCIATES, PLLC**
*Attorneys for Plaintiff*
45 Broadway, Suite 620
New York, New York 10006
(212) 248-7431

---

Plaintiff's Letter-Motion for an extension of time to file her proposed findings of fact and conclusions of law concerning damages (ECF No. 48) is GRANTED  Plaintiff is directed to file her proposed findings of fact and conclusions of law by **Thursday, March 26, 2020**. Defendants shall submit their responses, if any, by **Thursday, April 9, 2020**. The Clerk of Court is respectfully directed to close ECF No. 48.

SO-ORDERED 3/3/2020

_____
SARAH L. CAVE
United States Magistrate Judge