UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA ANGULO,<br><br>        Plaintiff,<br><br>against<br><br>36TH STREET HOSPITALITY LLC, individually and d/b/a TAJ II, and 36TH STREET HOSPITALITY LLC, individually and d/b/a SUITE36,<br><br>        Defendant(s). | CIVIL ACTION NO.: 19 Civ. 05075 (GBD) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The parties did not opt to have the Oral Argument scheduled for Monday, July 20, 2020, at 10:00 am by video-teleconference. As a result, the Oral Argument will be in person in Courtroom 18A, 500 Pearl Street, New York, New York. All persons attending the conference must arrive at least 15 minutes beforehand to allow for the time required to pass through the security and COVID-19 screening processes. See Attachment for more information regarding the COVID-19 screening process.

The Oral Argument is a public proceeding so the public may dial-in at the scheduled time on the Court's conference line to listen: 866-390-1828, access code 3809799. The Court requests that any member of the public that does dial-in respect the proceeding, mute their telephone, and not be disruptive.

Dated:      New York, New York
               July 16, 2020

                                                     SO ORDERED

                                           _/s/ Sarah L. Cave_
                                           **SARAH L. CAVE**
                                           **United States Magistrate Judge**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process.  Follow the instructions and fill out the questionnaire.  If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.