UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REBECCA ANGULO,

                Plaintiff,

against

36TH STREET HOSPITALITY LLC, individually and d/b/a TAJ II, and 36TH STREET HOSPITALITY LLC, individually and d/b/a SUITE36,

                Defendant(s).

CIVIL ACTION NO.: 19 Civ. 05075 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    The Clerk of Court is respectfully directed to place ECF No. 55-9 under seal, keeping it visible only to the Court and the case participants.

Dated:    New York, New York
             July 27, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

1