UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
REBECCA ANGULO,

                         Plaintiff,                    19 **CIVIL** 5075 (GBD)(SLC)

                -against-                      **JUDGMENT**

36TH STREET HOSPITALITY LLC, individually
d/b/a Taj II, and 36th STREET HOSPITALITY
LLC, individually d/b/a Suite 36,

                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated August 24, 2020, Magistrate Judge Cave's Report is ADOPTED in its entirety. Final judgment is entered ordering Defendant 36th Street Hospitality LLC to pay Plaintiff: (1) $498,047.55 in compensatory damages, (2) $100,000 in punitive damages, (3) prejudgment interest from May 9, 2016 to August 24, 2020 at a rate of 9% on $97,109.79 of awarded back pay, in the amount of $37,545.57, (4) post-judgment interest pursuant to 28 U.S.C. § 1961(a), (5) $22,845 in attorneys' fees, and (6) $780.66 in costs.

**DATED:** New York, New York
             August 24, 2020

                                                        **RUBY J. KRAJICK**

So Ordered:   AUG 2 4 2020                                          **Clerk of Court**

*George B. Daniels*                  **BY:**                                      
U.S.D.J.                                                           **Deputy Clerk**